**John Joseph BENGIS, Plaintiff–Appellant,**

v.

**Richard MOSS, Esq. and Kramer Levin Naftalis & Frankel LLP, Defendants–Appellees.**

No. 2009–1049.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2009.

Panagiota Betty Tufariello, Intellectulaw, The Law Offices of P.B. Tufariello, P.C., of Mount Sinai, NY, argued for plaintiff-appellant.

Jeffrey W. Davis, Kramer Levin Naftalis & Frankel LLP, of New York, NY, argued for defendants-appellees. With him on the brief was Matthew B. Moses. Of counsel was Thomas H. Moreland.

MICHEL, Chief Judge, FRIEDMAN and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.